**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br><br>HEATHER DIAMOND, SUZETTE BEHR, and KODY FITZGERALD,<br><br>    Defendants. | 2:14-cv-01044-GMN-VCF<br>**ORDER** |

   Before the court is the Motion for Attorney's Fees and Costs (#28).

   IT IS HEREBY ORDERED that a hearing on the Motion for Attorney's Fees and Costs (#28) is scheduled for 3:30 p.m., March 25, 2015, in courtroom 3D.

   DATED this 10th day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE